# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 322
:
APPOINTMENTS TO THE : DISCIPLINARY BOARD APPOINTMENT
DISCIPLINARY BOARD OF : DOCKET
PENNSYLVANIA :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of February, 2024, Catherine R. O'Donnell, Esquire, Luzerne County, and Joshua F. Wilson, York County, are hereby appointed as members of the Disciplinary Board of Pennsylvania for a term of six years, commencing April 1, 2024.